**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT JAHODA,

          Plaintiff,

    v.

CRANE CLOTHING COMPANY, LLC,

          Defendant.

Case No. 2:22-cv-01615-WSS

<u>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses without prejudice her claims against Defendant Crane Clothing Company, LLC.

Dated: February 9, 2024        Respectfully submitted,

                                 */s/ R. Bruce Carlson*
                                 R. Bruce Carlson
                                 **CARLSON BROWN**
                                 222 Broad St.
                                 PO Box 242
                                 Sewickley, PA 15143
                                 bcarlson@carlsonbrownlaw.com
                                 (724) 730-1753

                                 *Attorney for Plaintiff*